UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PARMER,

    Plaintiff,

    v.

WACHOVIA, now doing business as
WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

No. C 11-0672 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for to dismiss the complaint with prejudice

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge